UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-21527-CIV-Huck/Simonton

ERIN LYNN BAKER,

    *Plaintiff*,

vs.

CARNIVAL CORPORATION,
CARNIVAL CRUISE LINES,

    *Defendant(s)*.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff ERIN LYNN BAKER and Defendants CARNIVAL CORPORATION and CARNIVAL CRUISE LINES, hereby advise this Court that they have settled the above captioned lawsuit.

Dated:    Miami, Florida
            June 29, 2007

Respectfully submitted,

| BAILEY & DAWES, LC | MALTZMAN FOREMAN, P.A. |
|---|---|
| BY: */s/ Guy B. Bailey, Jr.* | BY: */s/ Stephen D. Field* |
| Guy B. Bailey, Jr., Esq. | Jeffrey B. Maltzman, Esq. |
| Florida Bar No. 96095 | Florida Bar No. 0048860 |
| gbailey@baileydawes.com | jmaltzman@mflegal.com |
| 3250 Mary Street | Stephen D. Field, Esq. |
| Suite 100 | Florida Bar No. 554111 |
| Miami, FL 33133 | sfield@mflegal.com |
| Tel: 305-374-5505 | One Biscayne Tower, Suite 2300 |
| Fax: 305-374-6715 | 2 South Biscayne Boulevard |
| *Counsel for Plaintiff* | Miami, FL  33131 |
| | Phone: 305-358-6555 |
| | Fax: 305-374-9077 |
| | *Counsel for Defendant, Carnival* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: */s/***Stephen D. Field, Esq.**
Stephen D. Field, Esq.

**SERVICE LIST**
**CASE NO. 06-21527-CIV-JUDGE: Huck/Magistrate Judge: Simonton**

Guy B. Bailey, Jr., Esquire
gbailey@baileydawes.com
Bailey & Dawes, LC
3250 Mary Street
Suite 100
Miami, FL  33133
Telephone: (305) 374-5505
Facsimile: (305) 374-6715
*Attorneys for Plaintiff*

Jeffrey B. Maltzman, Esquire
jmaltzman@mflegal.com
Stephen D. Field, Esquire
sfield@mflegal.com
Maltzman Foreman, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Telephone:  (305) 358-6555
Facsimile:  (305) 374-9077
*Attorneys for Defendant(s)*